*This opinion will be unpublished and
may not be cited except as provided by
Minn. Stat. § 480A.08, subd. 3 (2014).*

**STATE OF MINNESOTA
IN COURT OF APPEALS
A16-0071**

In the Matter of the Estate of: John Stanley LaSha, Deceased.

**Filed August 29, 2016
Affirmed
Reyes, Judge**

Hennepin County District Court
File No. 27PAPR13308

John N. Bisanz, Jr., Henson & Efron, P.A., Minneapolis, Minnesota (for appellant Sharon Nordstrom)

Gregory J. Holly, Law Offices of Gregory J. Holly, Dellwood, Minnesota (for respondent Kenneth Welton)

Considered and decided by Stauber, Presiding Judge; Reyes, Judge; and Toussaint, Judge.[*]

**U N P U B L I S H E D   O P I N I O N**

**REYES**, Judge

On appeal after remand, appellant argues that the district court erred in its application of the law by prioritizing payment to respondent over appellant as personal representative for the costs and expenses of administering the estate. In addition,

---

[*] Retired judge of the Minnesota Court of Appeals, serving by appointment pursuant to Minn. Const. art. VI, § 10.